CYNTHIA CRAMER, Respondent, v DAVID CRAMER, Appellant.

CPLR 5241 was enacted to provide an expeditious method of enforcing support orders but it did not intend to eliminate the due process rights of a judgment debtor *(see, Shutt v Shutt,* 133 Misc 2d 81, 82-83). Thus, while defendant's asserted "mistake of fact" is not specifically within that statutory definition (CPLR 5241 [a] [8]), an income execution is not justified in this case because plaintiff's attorneys failed to comply with the notice and levy requirements of the statute *(see, Shutt v Shutt, supra,* at 84). (Appeal from order of Supreme Court, Erie County, Francis, J.—income execution.) Present—Dillon, P. J., Green, Pine, Balio and Davis, JJ.